**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    James E Wiley<br><br>           Debtor(s) | Case No. 15 B 08625 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2015.

2) The plan was confirmed on 06/25/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/25/2015.

5) The case was Dismissed on 11/02/2015.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,123.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,123.50

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $212.74 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $38.53 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $251.27

Attorney fees paid and disclosed by debtor:   $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 94.00 | 94.47 | 94.47 | 0.00 | 0.00 |
| All Credit Lenders Inc | Unsecured | 500.00 | 1,500.44 | 1,500.44 | 0.00 | 0.00 |
| Allied Data Corp | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 464.00 | 455.88 | 455.88 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 308.89 | 308.89 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 283.00 | 961.16 | 961.16 | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Arronrnts | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Automotive Credit | Secured | 7,598.00 | 9,099.82 | 7,598.00 | 750.64 | 121.59 |
| Automotive Credit | Unsecured | NA | 1,501.82 | 1,501.82 | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 342.00 | 342.01 | 342.01 | 0.00 | 0.00 |
| Capital One, N.a. | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Chicago Automan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,000.00 | 2,699.96 | 2,699.96 | 0.00 | 0.00 |
| Cmre Financial Services Inc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Collection Company | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| Diagnostic Pathology Consultants | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| Dr. George Peter Karalis | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions/Convergent Outsourcing, IN | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| Escallate | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Fed Ex | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| First Bk Of De/contine | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| First Rate Financial | Unsecured | 966.00 | NA | NA | 0.00 | 0.00 |
| First Source | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| Ginnys/Swiss Colony Inc | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| Gottlieb Memorial Hospital | Unsecured | 2,177.00 | 2,286.99 | 2,286.99 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Great Lakes Specialty Finance | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 1,968.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 1,819.93 | 1,819.93 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 717.12 | 717.12 | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 8,000.00 | 4,286.13 | 4,286.13 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 5,672.45 | 5,672.45 | 0.00 | 0.00 |
| Jvdb Asc | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| Law Office of Paul D Lawent | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Sampson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Loan Express Company | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| Mason | Unsecured | 0.00 | 148.05 | 148.05 | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Michael Andrews & Associates LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Michael Pekay PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 814.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Revenue Group, LLC | Unsecured | 16,091.00 | NA | NA | 0.00 | 0.00 |
| Municipal Recovery Services, Inc. | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Nars | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Cassel LLC | Unsecured | 676.00 | 737.02 | 737.02 | 0.00 | 0.00 |
| NCO Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| New Mlnm Bk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| New Mlnm Bk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group, Inc. | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporation | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| Professional Account MGM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professional Center Dental Care | Unsecured | 77.00 | 82.54 | 82.54 | 0.00 | 0.00 |
| Radology Consultants | Unsecured | 684.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Sage Telecom | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Security Credit, LLC | Unsecured | 129.00 | 129.89 | 129.89 | 0.00 | 0.00 |
| Snap Finance | Unsecured | 1,881.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 1,142.00 | NA | NA | 0.00 | 0.00 |
| Stoneberry | Unsecured | 0.00 | 160.83 | 160.83 | 0.00 | 0.00 |
| Sunrise Credit Service | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Superior Asset Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Money Co | Unsecured | 0.00 | 1,191.20 | 1,191.20 | 0.00 | 0.00 |
| Turner Acceptance Corp | Unsecured | 585.00 | 510.54 | 510.54 | 0.00 | 0.00 |
| US Bank | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Value Auto Mart Inc | Unsecured | 12,367.00 | 12,179.95 | 12,179.95 | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| West Asset | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Why Not Lease It | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| Will County Community H.C. | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,598.00 | $750.64 | $121.59 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,598.00** | **$750.64** | **$121.59** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,106.06 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,106.06** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$31,681.21** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $251.27 |
| Disbursements to Creditors | $872.23 |
| **TOTAL DISBURSEMENTS :** | **$1,123.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/06/2016                    By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**